# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donnell Alexander Taylor ,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                             3:12-cv-00549-FDW

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/5/2012 Order.

                                              Signed: October 5, 2012

Frank G. Johns, Clerk
United States District Court